**Marie E. HELLER, Claimant–Appellant,**

v.

**Anthony J. PRINCIPI, Secretary of Veterans Affairs, Respondent–Appellee.**

**No. 00–7101.**

United States Court of Appeals, Federal Circuit.

Feb. 20, 2001.

ON MOTION

*ORDER*

The Secretary of Veterans Affairs moves without opposition to vacate the decision of the United States Court of Appeals for Veterans Claims and to remand for further proceedings consistent with the Veterans Claims Assistance Act of 2000, Pub.L. No. 106–475, 114 Stat.2096.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted.

accepted for filing.

(2) The revised official caption is reflected above.